**Barrett Daffin Frappier Treder & Weiss, LLP**
5080 N. 40th St., Suite 100
Phoenix, AZ 85018
(602) 283-7204

Carson T.H. Emmons (No. 024094)
carsone@bdfgroup.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 7 Proceeding |
|---|---|
| Roy Stewart, | Case No.: 4:19-bk-00042-SHG |
| Debtor, | **MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY** |
| Nationstar Mortgage, LLC, D/B/A/ Mr. Cooper, as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21 | **Re: Real Property Located at:** **3662 West Gailey Drive** **Tucson, Arizona  85741** |
| Movant, | |
| vs. | |
| Roy Stewart, | |
| Respondent. | |

Nationstar Mortgage, LLC, D/B/A Mr. Cooper, as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21 ("Nationstar Mortgage, LLC") requests an order granting relief from the automatic stay and to permit Nationstar Mortgage, LLC, D/B/A Mr. Cooper, as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21 to exercise any or all of its rights against the above-referenced property under the deed of trust. In support of its motion, Nationstar

1

Mortgage, LLC, D/B/A Mr. Cooper, as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21 alleges the following:

1. On January 2, 2019, the Roy Stewart commenced this voluntary Chapter 7 case in the United States Bankruptcy Court for the District of Arizona, Case No. 4:19-bk-00042-SHG. Stanley J. Kartchner is the duly appointed, qualified and acting Chapter 7 Trustee.

2. The Debtor's estate includes real property commonly known as 3662 West Gailey Drive, Tucson, Arizona 85714 and legally described as follows:

> Lot 48 of Metropolitan Estates No. 1, a Subdivision of Pima County, Arizona, according to the Plat of Record in the Office of the Pima County Recorder in Book 25 of Maps and Plats at Page 64 thereof.

3. Roy Stewart executed a Note dated August 5, 2005, in favor of First Magnus Financial Corporation, an Arizona Corporation, in the original principal sum of $171,200.00 (the "Note"). Attached hereto as Exhibit A.

4. The Note is secured by a first priority Deed of Trust against said real property recorded on August 16, 2005, in the Office of the County Recorder of Pima County, Arizona, as Instrument No. 20051581096 encumbering certain real property commonly known as 3662 West Gailey Drive, Tucson, Arizona 85714. Attached hereto as Exhibit B.

5. Nationstar Mortgage LLC ("Nationstar") is the assignee of the Deed of Trust. The assignment of record is attached as Exhibit C.

6. Attached are redacted copies of certain documents that support the claim, which may include promissory note(s), purchase order(s), invoice(s), itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

7. The unpaid principal balance of this loan as of January 7, 2019, is $153,895.30.

8. The Debtor failed to make payments with respect to this loan, which is currently in default as of July 1, 2018. The total post-petition arrearage due as of January 9, 2019 is $9,471.89.

9. Debtor's material default constitutes cause to terminate the automatic stay under 11 U.S.C. Section 362(d)(1) and/or 362(d)(2) to allow Movant, its successors and/or assignees, to enforce its contractual default remedies to foreclose upon and to recover possession of the real property.

WHEREFORE, movant prays for an Order as follows:

1. For an Order Granting Relief from the Automatic Stay to allow moving party to enforce its state law foreclosure remedies against the real property described above and to allow the successful bidder to recover possession of said real property in accordance with applicable state laws.

2. That the Order Granting Relief from the Automatic Stay be binding and effective notwithstanding any conversion of this case to a case under any Chapter of Title 11 of the United States Code.

3. For such other relief as the court deems proper.

Dated this 1st day of February, 2019.

*/s/ Carson T. H. Emmons*
Carson T. H. Emmons
**Barrett Daffin Frappier Treder & Weiss, LLP**

The original of the foregoing was electronically filed through the Court's ECF program this 1st day of February, 2019.

COPY of the foregoing sent this same day to:

| | |
|---|---|
| 1 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 2 | 230 North First Ave, Suite 204 |
| | Phoenix, AZ 85003 |
| 3 | |
| 4 | Stanley J. Kartchner |
| | Chapter 7 Trustee |
| 5 | 7090 N. Oracle Rd., #178-204 |
| | Tucson, AZ 85704 |
| 6 | |
| 7 | Pamela Faye Trachtman-Allen |
| | My AZ Lawyers, PLLC |
| 8 | 1731 W. Baseline Road, Suite 101 |
| | Mesa, AZ 85202 |
| 9 | *Attorney for Debtor* |
| 10 | |
| 11 | Roy Stewart |
| | 3662 West Gailey Drive |
| | Tucson, AZ 85741 |
| 12 | *Debtor* |
| 13 | |
| 14 | |
| | */s/   Evelyne A. David* |
| 15 | |