Scott H. Gan, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Roy Stewart,<br><br>       Debtor, | Chapter 7 Proceeding<br><br>Case No.: 4:19-bk-00042-SHG |
| Nationstar Mortgage, LLC, D/B/A/ Mr. Cooper, as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21<br><br>       Movant,<br><br> vs.<br><br>Roy Stewart,<br><br>       Respondent. | **ORDER REGARDING MOTION TO LIFT AUTOMATIC BANKRUPTCY STAY**<br><br>**Re: Real Property Located at:**<br><br>**3662 West Gailey Drive<br>Tucson, Arizona 85741**<br><br>(Related to Docket #12) |

      The Court having considered the Motion for Relief from the Automatic Stay (the "Motion") filed by Nationstar Mortgage, LLC, D/B/A Mr. Cooper, as servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21, due notice having been given, and no objections received, for the reasons stated on the record,

      IT IS HEREBY ORDERED that the stay under 11 U.S.C. § 362(a) and all other applicable stays are terminated and Nationstar Mortgage, LLC, D/B/A Mr. Cooper, as

servicer for HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2005-21, its successors, transferees, and assigns, may exercise any rights and remedies under applicable non-bankruptcy law with respect to the subject property described above.

**DATED AND SIGNED ABOVE.**